IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HILARY REMIJAS, on behalf of herself and all others similarly situated, | ) ) 1:14-cv-01735 |
| Plaintiff, | ) ) ) Judge James B. Zagel |
| v. | ) ) ) |
| THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company, | ) ) ) |
| Defendant. | ) |

**<u>RULE 7.1 STATEMENT</u>**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant The Neiman Marcus Group, LLC hereby certifies that (1) its corporate parent is Neiman Marcus Group LTD LLC and (2) there is no publicly-held corporation that owns 10 percent or more of its stock.

Dated: April 2, 2014                                 Respectfully submitted,

/s/__Daniel Craig_____
David H. Hoffman
david.hoffman@sidley.com
Daniel Craig
dcraig@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

ACTIVE 200922274v.1

Steven M. Bierman
(motion to appear *pro hac vice* pending)
sbierman@sidley.com
James D. Arden
(motion to appear *pro hac vice* pending)
jarden@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Counsel for Defendant The Neiman Marcus Group LLC*

## **CERTIFICATE OF SERVICE**

I, Daniel Craig, an attorney, hereby certify that on April 2, 2014, I caused the foregoing Rule 7.1 Statement to be served on all counsel of record through the Court's ECF system.

                                              By: /s/ Daniel Craig
                                                    Daniel Craig
                                                    SIDLEY AUSTIN LLP
                                                    1 South Dearborn Street
                                                    Chicago, IL 60603
                                                    (312) 853-7000
                                                    *Attorney for Defendant*

ACTIVE 200922274v.1