## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HILARY REMIJAS, MELISSA FRANK, DEBBIE FARNOUSH, and JOANNE KAO, individually and on behalf of herself and all others similarly situated, | ) ) ) ) | Case No. 1:14-cv-01735 <br><br> Judge James B. Zagel |
| | ) | Magistrate Judge Maria Valdez |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company, | ) ) ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO DISMISS

On June 4, 2014, plaintiffs served their First Amended Class Action Complaint (the "FAC") on defendant, adding three new named plaintiffs and four additional counts. (Doc. No. 27). Pursuant to Federal Rule of Civil Procedure 15, defendant's response to the FAC is due on June 18, 2014, fourteen days after service of the FAC.

On June 10, 2014, David H. Hoffman, counsel to defendant, requested that plaintiffs consent to extend the deadline for the motion to dismiss from fourteen days to twenty-eight days, and on June 12, 2014, Gregory W. Jones, counsel to plaintiffs, assented to defendant's request. Separately, the parties are discussing an extension of the applicable page limit, and defendant will soon seek such an extension from the Court.

WHEREFORE, defendant respectfully requests that the Court grant defendant an extension of time and set a deadline of July 2 for defendant's motion to dismiss the FAC.

Dated: June 13, 2014                              Respectfully submitted,


                                                  By: /s/  Daniel Craig _____
                                                  David H. Hoffman
                                                  david.hoffman@sidley.com
                                                  Daniel Craig
                                                  dcraig@sidley.com
                                                  Sidley Austin LLP
                                                  One South Dearborn Street
                                                  Chicago, Illinois 60603
                                                  Telephone: (312) 853-7000
                                                  Facsimile: (312) 853-7036

                                                  Steven M. Bierman
                                                  sbierman@sidley.com
                                                  James D. Arden
                                                  jarden@sidley.com
                                                  Sidley Austin LLP
                                                  787 Seventh Avenue
                                                  New York, New York 10019
                                                  Telephone: (212) 839-5300
                                                  Facsimile: (212) 839-5599

                                                  *Counsel for Defendant The Neiman Marcus
                                                  Group LLC*

## CERTIFICATE OF SERVICE

I, Daniel Craig, an attorney, hereby certify that on June 13, 2014, I caused the foregoing Unopposed Motion to Extend Deadline to File Motion to Dismiss to be served on all counsel of record through the Court's ECF system.

By: /s/ Daniel Craig
Daniel Craig
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
(312) 853-7000
*Attorney for Defendant*