UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HILARY REMIJAS, MELISSA FRANK, DEBBIE FARNOUSH, and JOANNE KAO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br><br>THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 1:14-cv-01735<br><br>Hon. Samuel Der-Yeghiayan |

**NOTICE OF PLAINTIFFS' MOTION TO REINSTATE ACTION**

To: David H. Hoffman
Geetanjli Malhotra
Daniel Craig
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

PLEASE TAKE NOTICE that 9:00 a.m on March 15, 2017 or as soon thereafter as counsel may be heard, Plaintiffs Hilary Remijas, Melissa Frank, Joanne Kao, and Debbie Farnoush (collectively, "Plaintiffs") shall appear before the Honorable Samuel Der-Yeghiayan or any judge sitting in his stead in Courtroom 1903, 219 South Dearborn Street, Chicago, Illinois 60604, and respectfully present Plaintiffs' Motion to Reinstate Action.

Dated: March 8, 2017

Respectfully submitted,

/s/ *Tina Wolfson*
Tina Wolfson
AHDOOT & WOLFSON, PC
1016 Palm Ave.
West Hollywood, CA 90069
E-mail: twolfson@ahdootwolfson.com


/s/ *John A. Yanchunis*
John A. Yanchunis
MORGAN & MORGAN
COMPLEX LITIGATION DEPARTMENT
201 North Franklin Street, 7th Floor
Tampa, FL 33602

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Tina Wolfson, an attorney, hereby certify that on March 8, 2017, I caused the foregoing Notice of Plaintiffs' Motion to Reinstate Action to be served on all counsel of record through the Court's ECF system.

/s/ *Tina Wolfson*
Tina Wolfson
AHDOOT & WOLFSON, PC
1016 Palm Ave.
West Hollywood, CA 90069
E-mail: twolfson@ahdootwolfson.com

*Attorneys for Plaintiffs*