# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HILARY REMIJAS, MELISSA FRANK, DEBBIE FARNOUSH, and JOANNE KAO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendant. | Case No. 1:14-cv-01735<br><br>**SUPPLEMENTAL DECLARATION OF BRIAN DEVERY** |

I, Brian Devery, pursuant to section 1746 of title 28 of the United States Code, declare as follows:

1.　I am a Project Manager with Angeion Group ("Angeion"), the claims administrator retained in this matter. Angeion's office is located at 1801 Market Street, Suite 660, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.　I submit this declaration to supplement the information provided in my prior declaration dated August 21, 2017 (*Dkt* 158).

3.　Angeion has received a total of 14 requests for exclusion in this matter. A true and accurate list of the people who requested exclusion from the class is attached hereto as exhibit "A".

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 25th day of October, 2017 at Oakdale, NY.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brian Devery

# Exhibit A

|    | Exclusion Date | Name | Address 1 | Address 2 | City | State | Zip |
|----|---------------|------|-----------|-----------|------|-------|-----|
| 1  | 7/28/2017 | SCOTT A ZIEGLER | 425 E 58TH ST | APT 10H | NEW YORK | NY | 10022 |
| 2  | 7/28/2017 | ELIZABETH COYNE | 5113 WHITMAN WAY | #108 | CARLSBAD | CA | 92008 |
| 3  | 7/28/2017 | ZEBIB ABRAH | 6040 RICHMOND HWY | #APT 707 | ALEXANDRIA | VA | 22303 |
| 4  | 7/28/2017 | REBECCA THOMAS | 6035 MCCOMMAS |  | DALLAS | TX | 75206 |
| 5  | 8/4/2017 | MI AE SHIN | 13475 SW 9TH ST | #407A | PEMBROKE PINES | FL | 33027 |
| 6  | 8/8/2017 | JAN M AU | 2116 LIME ST | APT 305 | HONOLULU | HI | 96826 |
| 7  | 8/9/2017 | LYNNE MCNOWN | 835 JUDSON AVE | APT 201 | EVANSTON | IL | 60202 |
| 8  | 8/9/2017 | JAYNANNE RIDDER | 185 SHORELINE RD | APT B | LAKE BARRINGTON | IL | 60010 |
| 9  | 8/11/2017 | RONALD CONRAD | 6000 REIMS RD | APT 3409 | HOUSTON | TX | 77036 |
| 10 | 8/15/2017 | SHIRLEY L WILLIAMS | 4851 SURAY LANE |  | MURRELLS INLET | SC | 29576 |
| 11 | 8/15/2017 | LISA COX | 12354 MEADOW LAKE DR |  | HOUSTON | TX | 77077 |
| 12 | 8/15/2017 | CLAYTON HOOK | 4816 HARLEY AVE |  | FORT WORTH | TX | 76107 |
| 13 | 9/1/2017 | CARLA SANDS | 1244 MORAGA DR |  | LOS ANGELES | CA | 90049 |
| 14 | 9/1/2017 | EMI OSHIRO | 1122 ELM ST | #804 | HONOLULU | HI | 96814 |