# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Judge Sharon Johnson Coleman

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Honorable Samuel Der-Yeghiayan has elected to retire as of February 17, 2018; and

It further appearing that 14 CV 1735, Remijas v. The Neiman Marcus Group, LLC, is currently assigned to the Hon. Samuel Der-Yeghiayan; and

It is hereby ordered that 14 CV 1735, Remijas v. The Neiman Marcus Group, LLC, is to be reassigned to another judge of this Court as indicated, pursuant to Local Rule 40.1(f).

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 16th day of January, 2018