

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Amy M. Wilkins

Firm   The Wilkins Law Firm, PLLC

Street Address   3300 N. Central Ave., Ste. 2600

City/State/Zip Code   Phoenix, AZ  85012

Phone Number   602-795-0789

Email address   awilkins@wilkinslaw.net

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:12-cv-05746 | Charvat v. Travel Services e | Hon. Andrea R. Wood |
| 1:14-cv-01735 | Remijas v. Neiman Marcus ( | Hon. Sharon Johnson Coler |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Amy M. Wilkins                                  07-17-2018
_____       _____
Signature of Attorney                                   Date

Rev. 01272016