IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HILARY REMIJAS, MELISSA FRANK, DEBBIE FARNOUSH, and JOANNE KAO, individually and on behalf of all others similarly situated, | Case No. 1:14-cv-01735 <br><br> Hon. Sharon Johnson Coleman |
| Plaintiff, | |
| v. | |
| THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company, | |
| Defendant. | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Plaintiffs Hilary Remijas, Melissa Frank, Debbie Farnoush, and Joanne Kao ("Plaintiffs"), by their attorneys, with the agreement of defendants, respectfully request that the Court continue the status hearing currently set for July 29, 2019, and all deadlines, to a date on or after August 26, 2019. In support of this motion, Plaintiffs state as follows:

Plaintiffs and Defendant have reached agreement on the essential terms of a revised, proposed class action settlement agreement that, they believe, addresses the Court's concerns with the prior settlement agreement. However, Plaintiffs and Defendant continue to negotiate, with the assistance of Judge Wayne R. Andersen (Ret.), acting as mediator, with counsel for certain parties who objected to the prior settlement agreement. Accordingly, the revised settlement agreement has not yet been finalized and the parties require more time.

Plaintiffs have met and conferred with defense counsel concerning this motion, and Defendant does not oppose it.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order rescheduling

1

the status hearing to a date on or after August 26, 2019, and that all deadlines be similarly continued.

Dated: July 25, 2019

Respectfully submitted,

/s/ Tina Wolfson
Tina Wolfson
twolfson@ahdootwolfson.com
Robert Ahdoot
rahdoot@ahdootwolfson.com
Theodore Maya
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angles, CA 90024
Tel: 310-474-9111
Fax: 310-474-8585

*Class Counsel*

John A. Yanchunis
jyanchunis@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: 813-275-5272
Fax: 813-226-5402

*Class Counsel*

Joseph J. Siprut
jsiprut@siprut.com
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois 60602
Tel: 312-236-0000
Fax: 312-878-1342

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 25, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court in the United States District Court for the Northern District of Illinois by using the CM/ECF system, which served copies on all interested parties registered for electronic service.

>                             */s/ Tina Wolfson*
>                             Tina Wolfson