IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HILARY REMIJAS, MELISSA FRANK, DEBBIE FARNOUSH, and JOANNE KAO, individually and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. 1:14-cv-01735<br><br>Hon. Sharon Johnson Coleman |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company, | ) ) ) | |
| Defendant. | ) ) | |

**<u>UNOPPOSED MOTION TO CONTINUE PRELIMINARY APPROVAL DEADLINE</u>**

Plaintiffs Hilary Remijas, Melissa Frank, Debbie Farnoush, and Joanne Kao ("Plaintiffs"), by their attorneys, with the agreement of Defendant, respectfully request a one-week continuance of the deadline to submit paperwork for preliminary approval, from the current date of October 15, 2019, until October 22, 2019.

Plaintiffs request this continuance in order to continue working with Defendant and with the Settlement Administrator on notice-related documents, as well as the motion for preliminary approval, which in addition to explaining the details of the proposed class-wide Revised Settlement and presenting the merits of certification of the proposed settlement class, must adequately address the concerns raised by the Court in its September 17, 2018 Order denying final approval of the previous class action settlement.

Plaintiffs have met and conferred with defense counsel concerning this motion, and Defendant does not oppose it.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order continuing the

deadline to submit paperwork for preliminary approval, from the current date of October 15, 2019, until October 22, 2019.

Dated: October 15, 2019                              Respectfully submitted,

/s/ Tina Wolfson
Tina Wolfson
twolfson@ahdootwolfson.com
Robert Ahdoot
rahdoot@ahdootwolfson.com
Theodore Maya
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angles, CA 90024
Tel: 310-474-9111
Fax: 310-474-8585

*Class Counsel*

John A. Yanchunis
jyanchunis@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: 813-275-5272
Fax: 813-226-5402

*Class Counsel*

Joseph J. Siprut
jsiprut@siprut.com
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois 60602
Tel: 312-236-0000
Fax: 312-878-1342

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court in the United States District Court for the Northern District of Illinois by using the CM/ECF system, which served copies on all interested parties registered for electronic service.

/s/ *Tina Wolfson*
Tina Wolfson