IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HILARY REMIJAS and JOANNE KAO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:14-cv-01735<br><br>Hon. Sharon Johnson Coleman |

**UNOPPOSED MOTION TO CONTINUE PRELIMINARY APPROVAL DEADLINE**

Plaintiffs Hilary Remijas and Joanne Kao ("Plaintiffs"), by their attorneys, with the agreement of Defendant, respectfully request a short continuance of the deadline to submit paperwork for preliminary approval, from the current date of October 22, 2019, until October 28, 2019.

Plaintiffs request this continuance in order to continue working with Defendant and with the Settlement Administrator to finalize the procedures for administering the class-wide Revised Settlement and for providing notice of the proposed Revised Settlement to members of its proposed settlement class, as well as to members of the settlement class encompassed by the parties' prior settlement agreement.

Plaintiffs have met and conferred with defense counsel concerning this motion, and Defendant does not oppose it.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order continuing the deadline to submit paperwork for preliminary approval, from the current date of October 22,

1

2019, until October 28, 2019.

Dated: October 22, 2019                          Respectfully submitted,

/s/ Tina Wolfson
Tina Wolfson
twolfson@ahdootwolfson.com
Robert Ahdoot
rahdoot@ahdootwolfson.com
Theodore Maya
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angles, CA 90024
Tel: 310-474-9111
Fax: 310-474-8585

*Class Counsel*

John A. Yanchunis
jyanchunis@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: 813-275-5272
Fax: 813-226-5402

*Class Counsel*

Joseph J. Siprut
jsiprut@siprut.com
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois 60602
Tel: 312-236-0000
Fax: 312-878-1342

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 22, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court in the United States District Court for the Northern District of Illinois by using the CM/ECF system, which served copies on all interested parties registered for electronic service.

*/s/ Tina Wolfson*
Tina Wolfson