# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Hilary Remijas, et al.

                                      Plaintiff,

v.                                                 Case No.: 1:14–cv–01735
                                                       Honorable Sharon Johnson Coleman

The Neiman Marcus Group, LLC

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 28, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's unopposed motion for extension of notice deadline and settlement dates [228] is granted. No appearance necessary on 1/29/2020. Final Approval Hearing set for 2/19/2020 is stricken and reset to 5/19/2020 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.