**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HILARY REMIJAS and JOANNE KAO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br><br> THE NEIMAN MARCUS GROUP LLC, a Delaware limited liability company, <br><br><br> Defendant. | Case No. 1:14-cv-01735 <br><br> Hon. Sharon Johnson Coleman |

**STATEMENT REGARDING BANKRUPTCY PROCEEDINGS**

Defendant The Neiman Marcus Group LLC ("Defendant"), by and through its counsel, submits this statement in compliance with the Court's order of June 5, 2020 (ECF No. 253) directing it to "file a statement in 90 days with an update on the bankruptcy proceedings."

As the Court is aware (*see* ECF No. 252), Defendant's voluntary petition under Chapter 11 of the U.S. Bankruptcy Code (the "Chapter 11 Case") gave rise to an automatic stay of this action under 11 U.S.C. § 362(a) pursuant to which all proceedings in this case, including any action as to Plaintiffs' motion for final approval of the revised class action settlement, must be stayed until the automatic stay is no longer in effect.

As of the date of this filing, the automatic stay remains in effect. Defendant intends to file a statement with the Court regarding the status of the Chapter 11 Case and the applicability of the automatic stay by 90 days from today. In the event that the automatic stay applicable to this case is lifted before that time, Defendant will promptly advise the Court of that development.

Dated: September 3, 2020

Respectfully submitted,

By: /s/ David H. Hoffman
David H. Hoffman
david.hoffman@sidley.com
Geetanjli Malhotra
gmalhotra@sidley.com
Daniel Craig
dcraig@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
*Counsel for Defendant The Neiman Marcus Group LLC*

**CERTIFICATE OF SERVICE**

      I, Daniel Craig, certify that on the 3rd day of September, 2020, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court in the United States District Court for the Northern District of Illinois by using the CM/ECF system, which served copies on all interested parties registered for electronic service.

Dated: September 3, 2020

*/s/* Daniel Craig
Daniel Craig
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
*Attorney for Defendant The Neiman Marcus Group LLC*